**RICHARD FRIEDMAN PLLC**
Rachel Schulman, Esq.
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 600-9539
*Attorneys for Plaintiff*
*Michael J. DeMarco*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
:
MICHAEL J. DEMARCO,                                            :
: Civ. Action No. 2:22 – CV– 06135
:
            Plaintiff,                                         :
:
   v.                                                          :
: **CERTIFICATE OF SERVICE**
:
VERIS RESIDENTIAL, INC. (F/K/A Mack-Cali                       :
Realty Corporation),                                           :
:
            Defendant.                                         :
---------------------------------------------------------------X

Richard B. Friedman, Esq., an attorney duly admitted to the bar of the State of New York, hereby declares under penalty of perjury that the following statements are true:

1.      I am the principal of Richard Friedman PLLC, counsel to Plaintiff in the above-referenced matter.

2.      On October 20, 2022, upon consent of Defendant's counsel Seyfarth Shaw LLP ("Seyfarth") to accept service of the Summons and Complaint on behalf of Defendant, I served the Summons and Complaint in this action on Defendant by emailing a copy of the Summons and Complaint (with the exhibits to the Complaint) to the following counsel for Defendant at Seyfarth at the following email addresses:

    Oslick, Jacob <JOslick@seyfarth.com>
    Kesselman, Dov <DKesselman@seyfarth.com>
    Napoli, John P. <JNapoli@seyfarth.com>

3.    I also certify that today I have caused this certification to be sent by email to Defendant's Counsel, Jacob Oslick, Esq., at the previously stated email address.

Dated: October 21, 2022
      New York, New York

                                                 Respectfully submitted,

                                                 /s/ Richard B. Friedman
                                                 Richard B. Friedman, Esq.
                                                 Richard Friedman PLLC
                                                 420 Lexington Avenue, Suite 300
                                                 New York, New York 10170
                                                 (212) 600–9539
                                                 rfriedman@richardfriedmanlaw.com